UNITED STATES of America, Plaintiff–Appellee,

v.

Jean Poul RAMIREZ–CASTILLO, Defendant–Appellant.

No. 06–50186
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 24, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Jean Poul Ramirez–Castillo, El Paso, TX, pro se.

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM: *

Jean Poul Ramirez–Castillo appeals his guilty-plea conviction for conspiracy to im-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

port marijuana and conspiracy to possess with intent to distribute marijuana. He argues that the district court abused its discretion by denying his motion to suppress. Ramirez–Castillo's voluntary and unconditional guilty plea waived all nonjurisdictional defects that occurred prior to the plea. *See United States v. Lampazianie,* 251 F.3d 519, 525 (5th Cir.2001). Accordingly, the argument is waived and the conviction is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.